IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG YIL JO, | 1:12-cv-00910-AWI-GSA-PC |
| Plaintiff, | ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM |
| vs. | |
| SIX UNKNOWN NAMES AGENTS, et al., | (Doc. 1.) |
| Defendants. | |

Plaintiff Young Yil Jo ("plaintiff") is a prisoner in federal custody at the Federal Correctional Center Institution in Greenville, Illinois. To date, plaintiff has filed more than 140 civil cases in this district.[1] The Complaint in this action is rambling and incoherent, and fails to state any cognizable claims under federal law. Ashcroft v. Iqbal, 129 S.Ct. 1937, 1949 (2009); Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555, 127 S.Ct. 1955, 1965 (2007); Best v. Kelly, 39 F.3d 328, 330-331 (D.C. Cir. 1994). Given this litigant's abusive filing practices in this district, and the utterly incoherent pleading before the Court, leave to amend is not warranted. Lopez v. Smith, 203 F.3d 1122, 1130 (9th Cir. 2000).

Pursuant to 28 U.S.C. § 1915A, this action is HEREBY DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED.

Dated:   June 21, 2012

CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The Court takes judicial notice of the complaints in the civil suits filed by Plaintiff in this district.

1